UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARCIANO OLIVO ROSA,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA,

    Defendant(s).

Civil No. 16-1164 (DRD)

2255

# JUDGMENT

For the reasons set forth in the *Opinion and Order* of even date, Docket No. 26, the Court DENIES the request of the Petitioner Marciano Olivo-Rosa, as well as the request for a certificate of appealability.

This case is now closed for all administrative and statistical purposes.

IT IS SO ORDERED, ADJUDGED AND DECREED.

In San Juan, Puerto Rico, this 31st day of March 2019.

                              s/Daniel R. Domínguez
                              DANIEL R. DOMINGUEZ
                              Senior United States District Judge